## HAMLIN V. FITCH.

THIS was an action upon a joint and several obligation, given by the defendant and one William Campbell. On trial of the cause, witnesses were offered, to prove what

Campbell, the other obligor, not joined in the suit, though equal in interest, had said against himself, respecting the case, since the obligation was given. But,

By the COURT. It is not admissible — Agreeably to the later resolution, an interested person may, if he please, be let in to testify against his interest; but the hearsay or confession of no person can be admitted, unless he be a party to the suit. 2 Barns, 436, Hemmings v. Robinson.